IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 06-41389 |
| BRIAN K. CHANDLER § | |
| § | |
| DEBTORS § | CHAPTER 13 |

MORTGAGEE'S NOTICE OF
ADJUSTED AMOUNT/MORTGAGE PAYMENT CHANGE

**COMES NOW,** BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. and, pursuant to this Court's General Order 08-3, files this Mortgagee's Notice of Adjusted Amount/Mortgage Payment. Change and states the following:

1. Pursuant to the express terms of the underlying Note and Deed of Trust/Mortgage, the regular contractual installment payments due by the Debtor(s) have changed, effective with the payment due on  August 01, 2010 . The new amount of the installment payment is $  544.40 .

2. Should the Debtor(s) dispute this change in the regular contractual installment payment(s), Debtor(s) must file an Objection thereto with the Court within twenty-eight (28) days of the filing of this Notice. Absent such an Objection, the Trustee is authorized to begin disbursing the new contractual payment amount referenced above notwithstanding any Plan language to the contrary.

Respectfully submitted on this the  1st  day of  June , 2010.


 /s/ Brad Cloud
Creditor's Counsel
Address              9441 LBJ Freeway Suite 250
City, State, Zip     Dallas, TX 75243
Telephone:           972-643-6600
Telecopier:          972-643-6698
Email:               notice@bkcylaw.com

Authorized Agent for
BAC Home Loans Servicing, L.P. fka
Countrywide Home Loans Servicing, L.P.

**Certificate of Service**

       I hereby certify that a true and correct copy of the above and foregoing Mortgagee's Notice of Adjusted Amount/Mortgage Payment Change has been served upon the Debtor(s) and their counsel, via electronic mail or first class mail, postage pre-paid, and deposited into an official depository of the United States Postal Service on this the 1st____ day of June_____, 2010.

Debtor's Attorney
GUILLERMO F GEISSE
515 Olive St Ste 702
Saint Louis, MO 631011833

Debtors
BRIAN K. CHANDLER
1501 SWANWICK ST
CHESTER, IL 62233

Chapter 13  Trustee
BOB G. KEARNEY
P.O. BOX 998
BENTON, IL 628120000

                                                              /s/ Brad Cloud_____